UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――

GREY ROCK GATHERING & MARKETING, LLC,

                Plaintiff,

     -v-

LIBERTY MUTUAL INSURANCE COMPANY,

                Defendant.

23-CV-3347 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    In light of the parties' joint letter at ECF No. 42, this case is hereby STAYED pending private mediation. The deadline for pretrial filings is adjourned until 30 days after the mediation. The parties shall file a joint status letter within 14 days of the mediation and, in any event, by December 19, 2024.

    The Clerk of Court is directed to mark this case as stayed.

    SO ORDERED.

Dated: August 6, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge