UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREY ROCK GATHERING & MARKETING, LLC,

                Plaintiff,

-v-

LIBERTY MUTUAL INSURANCE COMPANY,

                Defendant.

CIVIL ACTION NO. 23 Civ. 3347 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement purposes. (ECF No. 45). A telephone conference is scheduled for **Tuesday, August 27, 2024 at 12:30 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

Dated:      New York, New York
              August 12, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**